## MARY BORLAND *vs.* DORILUS MORRISON.

### June 16, 1875.

The sufficiency of evidence to sustain the verdict considered, and the order denying a new trial affirmed.

Action for wages, brought in the municipal court of the city of Minneapolis. The only question made at the trial was, whether the defendant, in operating the cotton mill where plaintiff was employed, was acting on his own account or as an officer of the Minneapolis Cotton Manufacturing Company, a corporation. The jury found for the plaintiff, a new trial was refused, and defendant appealed.

*Merrick & Morrison*, for appellant.

*J. L. Himes*, for respondent.

GILFILLAN, C. J.   We see no reason to disturb the ver-
·dict in this case ; indeed, we do not see how the jury  could
have found any other.   It is true, the defendant proved
that there was a corporation called the Minneapolis Cotton
Manufacturing Company, of which defendant was a director,
but he offered no evidence that it was conducting the mill in
which plaintiff was employed.   Plaintiff was employed by
·the overseer of the room in which she worked, (he being
authorized to hire help, within certain limits,) with the
knowledge of the general manager of the business of the
mill, who was employed as such by defendant.   From this
·the hiring of plaintiff was, in law, a hiring by defendant.
    Order affirmed.